# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSTAL HOMES,<br><br>           Plaintiff,<br><br>      vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>           Defendant | Case No. 1:23-cv-01279-ADA-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 19) |

Pursuant to the parties' stipulation and unopposed motion for an extension of time (Doc. 19), IT IS ORDERED that Plaintiff shall have an extension, up to and including March 18, 2024, to amend her reply brief.

IT IS SO ORDERED.

Dated:   **March 6, 2024**                              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE