UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSTAL HOLMES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>Social Security Administration,<br><br>Defendant. | Case No. 1:23-cv-01279-WBS-SKO<br><br>**ORDER GRANTING JOINT MOTION FOR SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL JUSTICE ACT, 28 § 2412(d)**<br><br>**(Doc. 29)** |

　　Based upon the Joint Motion for Settlement of Attorney Fees Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d) and costs of suit:

　　**IT IS ORDERED** that fees in the amount of $7000.00 as authorized by 28 U.S.C. § 2412(d) be awarded subject to the terms of the Joint Motion.

Dated:  November 1, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE